```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
NIGERIAN AGIP EXPLORATION LIMITED, and
OANDO OML 125 & 134 LIMITED

                    Plaintiff,           17 Civ. 4483 (LLS)

     - against -                                ORDER

NIGERIAN NATIONAL PETROLEUM CORPORATION,

                    Defendant.
------------------------------X
```

Until action is taken by the Federal High Court in Nigeria with respect to an arbitral award that is the subject of this case, it cannot proceed.

Accordingly, by consent this case is placed upon the Suspense Calendar until the Court is informed that this case is ready to proceed.

Dated:   November 19, 2019
         New York, New York

*Louis L. Stanton*
LOUIS L. STANTON
U.S.D.J.